No. 67722.—Renzo Olivieri v. United States, protest 58/6017 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 15, 1963

No. 67723.—J. E. Bernard & Company, Inc., et al. v. United States, protests 266293–K/7315, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiffs was sustained.